AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Phillip Davis

**WARRANT FOR ARREST**

CASE NUMBER: 07-491-M-01

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Phillip Davis____
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Bank Robbery

**FILED**

OCT 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __§ 2113(a)__.

Deborah A. Robinson
United States Magistrate Judge

Name of Issuing Officer: [signature] Robinson
Signature of Issuing Officer

Title of Issuing Officer
10/5/07 Washington, DC
Date and Location

Bail fixed at $ _HOLD_   by [signature] Robinson
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/10/07 | DUSM MICHAEL FREY | [signature] |
| DATE OF ARREST | | |
| 10/09/07 | | |