**U.S. Department of Justice**
*United States Attorneys*

# United States District Court for the District of Columbia

**FILED**
OCT 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

Case No. 07-491M

*Phillip Davis*

**ORDER**

Upon oral motion of the _Phillip Davis_ to exclude ___3___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court ~~(sets forth in writing)~~ or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___3___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_Phillip Davis_
Defendant

_[signature]_
Defense Counsel

_Angela Schmidt_
Attorney for Government

*Defendant's unopposed motion*

_[signature]_
~~(United States Judge)~~
(United States Magistrate)

USA-D9 (Oct. 76)